**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **STEVEN SCHNEIDER, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**ECOLAB, INC.,**<br><br>Defendant. | Case No.  14-cv-1044<br><br>Hon. Judge Chang<br><br>Hon. Magistrate Judge Keys |

## <u>DEFENDANT'S MOTION TO STAY</u>

Defendant Ecolab Inc. ("Ecolab" or "Defendant"), by and through its attorneys, Littler Mendelson P.C., for the reasons set forth in its concurrently filed Memorandum of Law, moves this Court to stay this litigation.

1.      Plaintiff filed the present case in state court on behalf of himself and those similarly situated, alleging Defendant failed to pay overtime compensation in violation of the Fair Labor Standards Act ("FLSA"), the Illinois Minimum Wage Law ("IMWL") and the Illinois Wage Payment and Collection Act ("IWPCA").  Ecolab timely removed the case to this Court.

2.      After Ecolab filed a motion to dismiss the IWPCA claim, and motion to stay or transfer the remaining claims, Plaintiff filed an Amended Complaint, dropping his FLSA claim and corresponding nationwide putative collective.

3.      On March 23, 2014, the Court ordered Ecolab to re-file its motion to stay, to allow the parties to fully brief the issue given the filing of the Amended Complaint.

4.      Accordingly, for the reasons set forth in Ecolab's concurrently filed Memorandum of Law, this case should be stayed, pending resolution of all dispositive motions

and class certification in another, first-filed action before the U.S. District Court for the Eastern District of New York: *Charlot et al. v. Ecolab*, Case No. 12-cv-04543. Allowing Plaintiff's case and the *Charlot* case to proceed simultaneously in parallel in different district courts would inconvenience the parties, waste the resources of both the court and the parties, and would lead to confusion among the Illinois putative class members.

WHEREFORE, Defendant respectfully requests that the Court stay further proceedings in this case until all dispositive motions and class issues are resolved in *Charlot* and/or fashion some other relief to address the issues raised herein and award Defendant such other and further relief to which it is justly entitled.

Dated: March 26, 2014                           Respectfully submitted,


                                                 *s/Catherine S. Lindemann*
                                                 Catherine S. Lindemann

John A. Ybarra ARDC# 06196983
Catherine S. Lindemann ARDC# 6297039
LITTLER MENDELSON, P.C.
A Professional Corporation
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.372.5520

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Catherine Lindemann, an attorney, certify that on this day I caused the foregoing

DEFENDANT'S MOTION TO STAY to be electronically filed with the Clerk of the Court

using the CM/ECF system, and to be served electronically upon the following registered users:

> Vincent L. DiTommaso
> Peter S. Lubin
> John Auchter
> Patrick Doyle Austermuehle
> John Robert McInerney
> DiTommaso & Lubin P.C.
> 17W 220 22nd Street, Suite 410
> Oakbrook Terrace, IL 60181
>
> Terrence Buehler
> Touhy, Touhy & Buehler, LLP
> 55 West Wacker Drive
> Suite 1400
> Chicago, IL 60601

Dated: March 26, 2014                           *s/ Catherine S. Lindemann*
                                                Catherine S. Lindemann

Firmwide:126052137.1 057118.1181