# EXHIBIT 9

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| STEVEN SCHNEIDER, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>ECOLAB, INC.,<br><br>     Defendant. | No. 14-cv-1044<br><br>Judge Edmond E. Chang |

## DECLARATION OF MICHAEL AHEARNE, PHD IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S IMWL CLAIM

I, Michael Ahearne, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct, based on my personal knowledge of the facts described below, and if called as a witness, I could and would testify competently thereto:

### Professional Biography

1.  I am the C.T. Bauer Chair in Marketing at the University of Houston, Executive Director of the Sales Excellence Institute, and a former Editor of the Journal of Personal Selling and Sales Management. The Sales Excellence Institute is widely recognized as the worldwide leader in sales education and research, and the Journal of Personal Selling and Sales Management is the premier outlet for sales force research.

2.  I was recently recognized by the American Marketing Association as one of the ten most research-productive scholars in the field of marketing, and I was also recently honored with the inaugural *Sales Education Foundation Research Dissemination Award* for acting as a bridge between sales academia and practice.

3.     My textbook *Selling Today: Partnering to Create Customer Value* is the highest grossing professional selling textbook worldwide, with copies being distributed in over forty countries.

4.     My research can be parsed into two general areas of interest: (1) sales force effectiveness and (2) internal/relationship marketing. The former of these areas can further be classified into three sub-categories: (1) sales force control systems, (2) sales leadership within individual and team contexts, and (3) salesperson behaviors and performance. I also rely on this breadth of knowledge while interfacing with sales organizations.

5.     Over my career, I have worked on hundreds of customized research projects with sales organizations. This interaction can largely be attributed to my position as the Executive Director of the Sales Excellence Institute. At any given time, we have between twenty-five and forty partners who hire our sales students and work with my academic team on research projects. Finally, I have general knowledge regarding Ecolab, having been involved in and retained to consult with its leaders regarding its sales training development process in the past. This training did not directly involve the Route Sales Manager (RSM) position, however, I worked with sales leaders to develop overall sales strategies and training.

6.     A more complete listing of my education, experience, publications, affiliations, and background is included in my curriculum vitae, which is attached as **Exhibit A**.

7.     In the last four (4) years, I have served as a testifying expert in the following cases: Anthony Charlot, et al. v. Ecolab, Inc., Case No. 12-CV-4543 in the United States District Court for the Eastern District of New York, and Davina Hurt, et al., v. Commerce Energy, Inc., Case No. 1:12-CV-00758 in the United States District Court for the Northern District of Ohio Eastern Division.

8. I am being compensated at the rate of $650 per hour for my study, preparation of a report, and testimony in this case.

**Scope**

9. I was asked by the counsel for Defendant, Ecolab Inc., to (1) evaluate the role of Steven Schneider in Ecolab's Institutional sales process, (2) render an opinion of whether his role is recognized as one that carries out effective sales techniques, and (3) render an opinion on whether the work performed by Schneider as a RSM achieves sales, in line with how the established practices of the sales process is defined in the industry.

**Resources Considered**

10. My opinions expressed in this Declaration are based upon my education, training, experience, as well as my observations and other materials identified in this Declaration. While preparing my Expert Report for this matter, and in confirming this Declaration, I studied all of the materials sent to me. These files include: (1) the deposition transcripts (and all associated exhibits) of Steven Schneider and Andrew Jensen; (2) The Complaint and Answer filed by the plaintiff (Steven Schneider) and Ecolab Inc., respectively; (3) The plaintiff's and defendant's answers and objections to the first set of interrogatories; (4) The plaintiff's and defendant's responses to one another's requests for the production of documents, including documents: Ecolab's RSM Compensation Plans 2008-2013 (Ecolab- Schneider-3315-3435); New Hire Training Materials (labeled Ecolab-Schneider-4076-4130; 4133-4177; 4450-4455; 4481-4519; 4529-4608; 4611-4621; 4670-4692); Route Manager Compensation Plans (Ecolab-Schneider-4695-4710); 100 Level Field Associate Training (Ecolab-Schneider-5154-5299); Schneider's Training Transcript (Ecolab-Schneider-5756-5760); 2014 Route Sales Manager Job Description

3

(Ecolab-Schneider-16627-16628); Route Sales Manager In Training Job Description (Ecolab-Schneider-14154-14154).

11. In addition to these documents, I spoke with Matt Harkis, Area Manager for Ecolab's Western Great Lakes Area, to attain additional information pertaining to the nature of Steven Schneider's position in his territory and the specific duties and responsibilities that come with his position of RSM at Ecolab. Owing to my involvement in the *Charlot, et al. v. Ecolab, Inc.*, Case No. 12-CV-4543 in the United States District Court for the Eastern District of New York, I have spent a considerable amount of time to understand Ecolab's work philosophy, and in particular its way of conducting business. During the course of that involvement, I spoke with an Ecolab New York Area Manager, Chuck Melnyk, and Ron Scarsella, who I understand was VP of Corporate Accounts for the Institutional Division, to gain a better understanding of RSMs' compensation and the degree to which RSMs can make additional sales to "corporate accounts." During the course of my *Charlot* engagement, I reviewed documents likewise produced in the Schneider litigation: Ecolab-Schneider-00014141-00014359; Ecolab-Schneider-00000097-00000535; Ecolab-Schneider-00000526–00001370; Ecolab-Schneider-00004178–00004395; Ecolab-Schneider-00001371- 0001765. I also observed RSMs in the performance of their job and spoke with other RSMs about the job.

**Opinion**

12. It is my opinion that Steven Schneider plays a central role in the sales process used by Ecolab in his district. The combined service and sales function of his RSM position is well recognized in sales academia as a highly effective method of selling. Indeed, it is consistent with the sales techniques taught at business schools around the country, including mine. It is further consistent with the sales principles advanced in major textbooks, such as my own, Selling

4

Today: Partnering to Create Customer Value[1], Robert Jolles' Customer Centered Selling[2], and Neil Rackham's SPIN Selling.[3]

13.     Consistent with these well-recognized selling principles, and as discussed in greater detail in the following paragraphs, it if further my opinion that the work Steven Schneider is engaged in while employed in his RSM role at Ecolab is sales work. While he reports having performed mechanical services on a daily basis, that service work was incidental to, and in furtherance of, his selling duties and responsibilities. The "service" work performed by Schneider is an integral part of Ecolab's Retain/Grow/Gain sales model, which is also discussed below. This service work makes sales possible.

14.     My opinions are based on all of the information that I have obtained pertaining to the RSM role in general and Steven Schneider's execution of it in particular in this case as described above, my education, and my experience in the sales profession, both as a sales consultant and as a professor of sales. My assessment is also informed by my assessment of the following stages of career progression for RSMs: (1) Recruitment and Selection, (2) Orientation and Job Training, and (3) Compensation and Job Activities.

### Recruitment and Selection to a Sales Position

15.     Starting from the advertisement of the RSM position, Ecolab clearly signals to all its applicants that the role being advertised is a sales position, selling Ecolab products and services. Indeed, business-to-business sales experience is included as a preferred qualification of recruits, and the position is posted as a "Route Sales Manager" job (Ecolab-Schneider-00014154). Further, Ecolab promotes the RSM position by stating that Selling Power magazine,

---

[1] Manning, Gerald L., Michael Ahearne, and Barry L. Reece (2014). *Selling Today: Partnering to Create Value*. 13th Edition, Prentice Hall.
[2] Jolles, Robert L. (2009). Customer Centered Selling: Sales Techniques for a New World Economy. New York, NY: Free Press.
[3] Rackham, Neil (1987). SPIN Selling. New York: McGraw-Hill.

a well- recognized practitioner publication in the field of personal selling and sales management, ranks Ecolab as a "top company to sell for" (Ecolab-Schneider-00014154). In these ways, Ecolab is straightforward in signaling to its potential candidates that it is in search of sales professionals.

16. In response to a question on his application for the RSM position about sales experience, Schneider indicated that he had 5-9 years of sales experience (Schneider Dep. 60). During his in- person interview, he was told the job entailed selling Ecolab products and services (Schneider Dep. 70). In his offer letter from Ecolab, he was hired as a Route Sales Manager in Training – Unassigned (RMIT-U) with his designation clearly mentioned, along with an outline of the compensation program (Ecolab-Schneider-00000029 - 00000031).

17. In conclusion, in my opinion, the above-mentioned hiring practices are a clear indication that Ecolab's recruitment and selection process of Steven Schneider in particular is consistent with the current standards and practices in sales management.

**Orientation and Job Training for a Sales Position**

18. Upon being hired for the RSM position, candidates like Steven Schneider are expected to attend three weeks of training. My extensive review of Ecolab's training files confirms that a significant amount of the material communicated during the training is aimed directly at sales and at encouraging selling practices (e.g., Ecolab-Schneider-00004670 – 00004692 & Ecolab- Schneider-00004581 - 00004608). While some of the materials are aimed at understanding the specific chemicals and products Ecolab offers, the others depict the sales process that Ecolab promotes. This approach to educating and training on specific company offerings and a sales process orientation is common practice in business-to-business sales organizations. This training, in my opinion, is essential for RSMs and is an education they need to perform their sales duties. Ecolab's defined sales process, "Selling the Ecolab Way", parallels

the sales processes used in other major corporations as well as the sales process outlined in the professional selling field's major textbooks, such as my own, Selling Today: Partnering to Create Value[4], Robert Jolles' Customer Centered Selling[5], and Neil Rackham's SPIN Selling[6]. It is also in line with the sales techniques that I teach and that are taught in business schools around the country.

19.     Extensive technical training about products and services is classic material for training sales positions, particularly in automotive, pharmaceutical, engineering, technology, chemical, and industrial sales, because it enables a salesperson to know a particular product very well and be able to explain its effectiveness to a customer, which provides an opportunity to sell.

20.     When trained to sell the Ecolab way, RSMs like Steven Schneider are trained to: (1) make an introduction and ask permission to see whether they can help, which are classic rapport building techniques; and (2) find facts to show where they can help by way of educating themselves on the needs of customers through effective questions, which epitomizes customer need identification; (3) leverage their findings into solutions and, in so doing, show how they can help, which spans consultative selling, negotiation, and closing; and (4) prove they can help and provide a positive customer experience so that customers are encouraged and inclined to continue to use Ecolab product, try additional Ecolab product, and renew leased dish machines thereby resulting in the sale of more Ecolab product.

21.     I also note that Ecolab develops essential sales skills when it trains RSMs on (a) the Food Service and Hospitality market they call upon, (b) their sanitation and safety needs, (c) the proper use of products available, and (d) the importance of finding a solution for customers'

---

[4] Manning, Gerald L., Michael Ahearne, and Barry L. Reece (2014). *Selling Today: Partnering to Create Value*. 13th Edition, Prentice Hall.
[5] Jolles, Robert L. (2009). *Customer Centered Selling: Sales Techniques for a New World Economy*. New York, NY: Free Press.
[6] Rackham, Neil (1987). *SPIN Selling*. New York: McGraw-Hill.

7

idiosyncratic needs. Indeed, it is critical for RSMs to understand the products and equipment they sell and the industry within which these products are sold. Schneider confirmed this training is the basis of one of the "classic examples of retaining the business." (Schneider Dep. 280-81).

22. Ecolab's training also involves tests within the first three weeks in order assess new recruits' comprehension of the material being trained. New recruits must, therefore, expect to be entering a sales position when they enter the field.

23. Ecolab also promotes on-going training to help the RSMs from time-to-time. Andrew Jensen, Schneider's District Manager, revealed that each month RSMs in his District have to attend planning and "knockout" meetings (Jensen Dep. 58). These forums are meant to promote knowledge-sharing to enable them to perform better. In line with the strategic vision of Ecolab's Retain/Grow/Gain model, the planning meeting is aimed towards 'retaining' clients, and the knockout meeting is focused on 'growing' and 'gaining' more business with current and new clients, respectively. Jensen also stays connected with Steven Schneider on a weekly basis, to guide Schneider toward the achievement of his sales budget (Jensen Dep. 130). Such practices are common in the sales management domain, where managers of salespeople provide on-the-job training and guidance for the achievement of sales targets. Occasionally, the managers of RSMs accompany them in what is known as a 'ride-along', where the former have a chance to provide additional guidance on-the-job. Jensen and Schneider confirm that they participate in these. Additionally, Ecolab also organizes 'Sales Blitzes', wherein sales managers take RSMs specifically out in the field to gain access to new customers for additional sales.

24. Therefore, from my observation of all the training materials included in this case, Ecolab's orientation and training period is undoubtedly geared toward developing new recruits' 'selling skills' and preparing them for a sales job. Furthermore, consistent with well-established

training practices that I have observed across various business-to-business organizations, Ecolab also provides on-going training inputs to further support its salespeople.

25.     To conclude, in my opinion, Steven Schneider was initiated in Ecolab with the new recruits' orientation program, and his on-going training has been in line with what is standard practice to enhance the skills of salespeople.

## Compensation for Sales

26.     In field sales positions, sales organizations often use variable pay to motivate sales representatives to exert selling effort. The reason being, of course, stems from the inability of firms to monitor effort precisely.[7] These compensation plans tend to tie sales performance to such forms of variable pay as bonuses and commissions.[8] Within Ecolab's Institutional Field Sales division, and in the compensation plan for Steven Schneider, both of these facets are indeed included (Ecolab-Schneider-00003429 - 00003435).

27.     In fact, Steven Schneider's compensation is designed in such a way that it is greatly dependent upon his performance in sales, which leads to his commission earnings and performance bonuses. Schneider's commissions motivate him to sell more (Schneider Dep. 118). His commissions form a major part of his total salary. For instance, in 2012, he earned more than 2.7 times his regular pay in commissions (Schneider Dep. 123). In my experience, standard practice for setting compensation plans for salespeople is to heavily base total income on salespeople's commissions. Schneider's testimony clearly supports his role as a salesperson, in terms of how Ecolab compensates him for his performance in sales.

---

[7] Basu, Amiya K., Rajiv Lal, V. Srinivasan, and Richard Staelin (1985), "Salesforce Compensation Plans: An Agency Theoretic Perspective", *Marketing Science*, 4 (4), 267-291.
[8] Chung, Doug J., Thomas Steenburgh, and K. Sudhir (2014), "Do Bonuses Enhance Sales Productivity? A Dynamic Structural Analysis of Bonus-Based Compensation Plans," *Marketing Science*, 33 (2), 165-187.

9

28. Likewise, sales organizations regularly have recognition programs and annual sales contests in order to motivate performance.[9] Particularly for Steven Schneider, in his performance report for the period of 2010, his immediate manager Andrew Marker commented that Schneider managed a great year that placed him as the second highest achiever in the West Great Lakes Area (Schneider Dep. 227). Evidence of such performance tracking is a common practice in the industry to motivate salespeople.

29. Even if a salesperson's overall sales decrease in a year, his compensation could still increase for that year, owing to a changed commission structure, or increases in prices on products. When an individual's overall sales decrease, however, it is likely that the individual could have had an even larger increase in yearly compensation, if he had reached the potential sales in his territory for that year. In a sales organization, what achieves 100% of one's sales goal in one year would not necessarily be what achieves 100% of one's sales goal in the next year. If the sales goal remains the same year to year, then the individual is still selling, but is just maintaining sales, and not building additional business on top of those sales.

30. To conclude, in my opinion, Ecolab compensates and rewards Steven Schneider in line with the compensation policies set by established business-to-business sales organizations towards their salespeople.

### Job Activities: Retain

31. RSMs are assigned a route of customers who they are expected to visit regularly. These visits are critical to making sales, as they allow RSMs to enter customers' kitchens, restrooms, and places of business. Having this access provides a vital foundation for, and opportunity to, generate sales. In short, while visiting customers, RSMs ensure that customers

---

[9] Steenburgh, Thomas J. and Michael Ahearne (2012), "Motivating Salespeople: What Really Works," *Harvard Business Review*, 90 (7/8), 71-75.

are properly using Ecolab products. In this way, RSMs are directly responsible for obtaining sales of Ecolab product from customers. Their observation and subsequent influence on the purchasing cycle is critical to the Ecolab sales model.

32. In order to build relationships with customers, RSMs, including Steven Schneider, must engage in activities that prove they can help customers by servicing their machines and keeping their operations running smoothly. This proof not only builds confidence and trust between customers and Ecolab, it also helps retain this business since it serves as the foundation for future sales. Salespeople foster relationships with their customers through regular visits, not only to tap opportunities but also to prevent customers from defecting[10]. Regular visits allow salesperson to better understand operations and customer needs and respond accordingly. These regular visits enable customer accounts to be retained and revenues to be increased.

33. As an example, Schneider reports that by taking care of his customers with regular visits, he was able to increase his commissions even during the recession period of 2008-2010 (Schneider Dep. 112). Another example from his testimony shows how he built a relationship with the owner of the establishment Rocky Rococos Pizza over time, talking to him during regular visits to the restaurant (Schneider Dep. 302). To retain this particular customer, Schneider helped the customer choose a lower cost chemical product to help improve results (Schneider Dep. 299). Similarly, for another customer, Asian Buffet, Schneider states that he did the right thing by putting them on a cost-effective program, even though it resulted in fewer commissions for him, but leading to a satisfied customer in the long term (Schneider Dep. 304). This future perspective is often observed amongst salespeople who invest in relationships with their customers to gain trust and build a solid foundation for future expected sales.

---

[10] Solid customer contact breeds opportunity, prevents attrition. *Sales Insider* [serial online]. March 12, 2008; 2(34):2. Available from: Business Source Complete, Ipswich, MA. Accessed February 5, 2015

11

34.     Another significant benefit of regular visits is that Ecolab product keeps flowing and RSMs are able to sell additional Ecolab products. For instance, Schneider confirms that even where product lists are set through corporate rollouts, with regular follow-up visits, RSMs like him manage the appropriate volume and constant sales of chemicals to run the dispensers, thereby making money for Ecolab, and also meeting their sales budgets (Schneider Dep. 111). Schneider also testified that whenever possible, he seeks to up-sell his customers whatever solution they don't already have, based on what he sees during his visits (Schneider Dep. 113).

35.     An important component of the sale at Ecolab is gaining agreement from customers - for a timely service check from the salespeople. The machines that are installed at the customers' location need to be refilled and serviced periodically for the smooth running of operations. It is an agreement between the customers and Ecolab to grant access to the RSMs from Ecolab for such periodic maintenance checks. During such visits, a RSM may necessitate a refill of the chemicals or may determine that the customer needs a different type of product or service, both of which helps the RSM to meet his sales budgets. The 'service' aspect of the RSMs' job is actually an integral part of maintaining contact with the customer in the context of an ongoing sales relationship. This process is often facilitated with customers' signatures, which requires a good relationship, built up from responsive service in the past.

### Job Activities: Grow

36.     Ecolab expects RSMs to increase sales from its existing customers. This expansion in business from existing accounts by selling new products or product lines constitutes the "grow" portion of RSMs' compensation plan; and this component is vital to RSMs' sales performance. As per the literature in sales management, the 'grow' component is composed of both "upselling", i.e., the action or practice of selling an upgraded or more expensive product or

service to existing customers, and "cross-selling", i.e., the action or practice of selling additional product or services to existing customers. In particular, while on a sales call at an existing customers' business, RSMs have the opportunity to sell additional Ecolab products that customers may not already be using by asking probing questions, educating themselves on their customers' business, and making recommendations based on the calibration tests they complete. They may also interact with customers to inquire about general observations they make while inside customers' facilities.

37.     In his testimony, Schneider gives as an example that he was able to seize an opportunity to 'grow' with a customer in 2012 (Schneider Dep. 237). In a conversation with the owner of the franchisee of Culver's, Schneider suggested a printer, 'Prep and Prints,' for taking care of food labeling requirements at Culver's, which led to a large sale. This sale was just the pilot, which led to a franchise-wide contract with Culver's for the lease of the printer across all Culver's locations. Therefore, Schneider successfully interacted with his customer, to lead to an additional sale of a new product, in line with Ecolab's vision to 'grow', or in other words by cross-selling as per the sales management literature[11].

38.     The true value of sales representatives lies in their ability to move customers toward a decision that makes them better off in the long run.[12] Often, customers are unaware of the solutions available that may better serve their business. Alternatively, they may also be blind to potential dangers, making RSMs' expertise in Ecolab's institutional division in the cleaning and sanitization industry valuable to customers in the restaurant and hospitality markets. Then, RSMs are able to further grow business with existing customers when they leverage the unique

---

[11] Kamakura, Wagner A. (2008), "Cross-selling: Offering the right product to the right customer at the right time," *Journal of Relationship Marketing*, 6 (3-4): 41-58.
[12] Jolles, Robert L. (2009). *Customer Centered Selling: Sales Techniques for a New World Economy.* New York, NY: Free Press.

opportunity they have to regularly be granted access to their customers' premises. In this sense, they regularly have the opportunity to recommend products, suggest solutions, and be the customers' eyes and ears for potential problems. They can then leverage the relationship they have built in their regular visits to maximize sales growth. For example, Andrew Jensen, in his deposition, mentioned the idea of "own the shelf" (Jensen Dep. 130). For Ecolab, it means that the RSM should be vigilant of 'other opportunities' that may exist on the same shelf. In this context, Jensen gives an example of selling a dish machine rack or a floor mat in addition to selling the dish machine (Jensen Dep. 132). In sales management literature, salespeople who follow customer-centric approaches to grow sales from their customer often follow a similar strategy of selling across product silos14[13]. RSMs, such as Schneider, have the unique opportunity to leverage their relationship with their respective customers to be able to create new solutions to help the latter. Suggestions of products like labels, ice totes, cutting boards, cooling wands for soups, and gloves are all 'Food Safety Solutions', which can be extended to existing customers by Schneider when he visits his customers.

**Job Activities: Gain**

39.     New business development represents the 'gain' portion of Ecolab's current compensation plan. The technical training that Ecolab provides RSMs puts them at a distinct advantage with Ecolab's customers, because it gives them an understanding about cleaning and sanitization, as well as a level of expertise, which Ecolab's customers do not possess. Having an overview of all the various possible solutions that Ecolab can offer, enables the RSMs to have a broad perspective of what they can offer in turn to their customers. With constant calls to customers, Schneider is in a unique position to offer help, to gain trust and to forge new

---

[13] Day, George (2006), "Aligning the Organization with the Market," *Sloan Management Review*, 48 (1), 41–49.

relationships with potential customers through recommendations from satisfied existing ones. Therefore, Schneider is in an opportune position to 'gain' additional business.

40.    For example, using lead generation to gain additional business, Schneider states that he had a target of two leads to share per week with his partners (Schneider Dep. 219). He states that while in the RSM position, he did not have time to pursue new leads, but he was supposed to pass leads on to his managers or partners to follow-up (Schneider Dep. 220). A procedure to pass on potential new customers exists in the form of an "opportunity report" (Jensen Dep. 180). Furthermore, in my interaction with Matt Harkis, I learned that there exists 'sales blitz' days where RSM's have the opportunity to accompany senior personnel to make calls on potential new customers. This practice of ride-alongs with senior members of the sales team to gain new business is fairly common in the business-to-business world. The existence of opportunity reports, leading to planned sales blitzes, indicates that Ecolab follows standard sales management practices - identifying sales leads with the help of RSMs, like Steven Schneider, and following up with senior sales team members. As further discussed below, leads that turn into accounts are then rolled over to RSMs like Schneider to retain and grow.

### Service as Sales

41.    I understand that Steven Schneider claims that his primary job duty is not to sell, but to install and service Ecolab dish machines. As demonstrated by a proper application of the Retain/Grow/Gain sales model, which is well recognized and advanced in academic circles as a highly effective selling model, his service duties are a means for him to accomplish sales for Ecolab. The service he provides is part of sales, and the associated selling process. Every day Schneider is engaging in sales to his accounts through this process. A cross-theoretical

15

framework in the academic literature that captures the importance of this kind of service to sales performance is the service-profit chain.[14]

42.     In nearly all business-to-business sales, very little of sales representatives' time is actually spent interacting with customers. Rather, studies have observed that the bulk of reps' time is spent behind the scenes researching customers, developing options and proposals for customers, preparing for customer visits, reviewing customer visits, and the like. The same is true for a RSM like Schneider, who spends time reviewing customers' operations and developing relationships with customers so he can become a trusted resource to formulate solutions and make product recommendations[15]. These actions are all part of Ecolab's Retain/Grow/Gain sales process, and they are a crucial component of making a sale. In my experience, people become confused when attempts are made to pull apart the sales process task-by-task, rather than viewing it holistically. In fact, Schneider's regular visits and service work is sales, and no one action can be severed from the sales process, since each action is essential to making a sale. Schneider's manager reiterates this by saying that everything RSMs do supports sales, a point that Schneider's understanding of his job confirms. (Jensen Dep. 45; Schneider Dep. 313-14, 353-54).

43.     Additionally, the presence of a non-compete clause further signals that Ecolab is cognizant of the importance of service relationships in driving sales. Salespeople in business-to-business organizations forge strong relationships with their respective customers. This requires a tremendous amount of interpersonal interaction, in terms of service relationships with their customers, sometimes over a long period of time. This service relationship determines sales.

---

[14] Heskett, James L., Thomas O. Jones, Gary W. Loveman, W. Earl Sasser Jr., and Leonard A. Schlesinger (1994), "Putting the Service-Profit Chain to Work," *Harvard Business Review*, 72 (2), 164-170.
[15] *See* Maister, David H. and Charles H. Green (2000). *The Trusted Advisor*. New York, NY: Touchstone.

16

44.     When a salesperson quits his company, there is an imminent danger of losing these associated relationships; and their respective sales. A non-compete clause for a salesperson is present specifically to prevent the loss of the associated customers in a sales situation wherein the service aspect is highly embedded in the sales process. Ecolab has a non-compete clause to prohibit RSMs from taking crucial relationships, and their associated sales, with them after dismissal. This is particularly important at Ecolab, since sales are achieved as a result of service relationships developed over time by RSMs. Schneider acknowledges this importance of the non-compete clause (Schneider Dep. 88). Specifically, he acknowledges that he builds the Ecolab brand when he services customers so that he can continue to sell Ecolab goods and services (Schneider Dep. 90). He understands, therefore, that his non-compete agreement exists to protect Ecolab's business.

## Value Added Selling

45.     Institutions like Ecolab use a modern consultative sales model that is referred to as "value added selling". The perception that sales duties are only door-to-door pitches is outdated, as value added selling involves much more that making a sales pitch for a one-time purchase. Value added selling is a process through which a relationship is developed with a customer through consistent and regular contact, the customers' needs are identified, and the salesperson provides consultation to meet those needs.

46.     Ecolab's "value selling" model relies on RSMs, like Schneider, to build long-term relationships such that they become trusted consultants and such that customers return again and again to make purchases. In line with the value-added selling concept, Ecolab's Retain / Grow / Gain philosophy is a step-by-step approach towards establishing long-term relationships with customers so Ecolab and the customer can grow together. The Preventative Maintenance stage

17

like that of 'Retain' is the foot-in-the-door for an RSM into the relationship with a customer. Then, once RSMs get in the door, the goal is to learn the customer's needs, create a long-lasting relationship, and 'Grow' sales. An example of such a Retain / Grow strategy is Schneider's experience with the Culver's account, mentioned above.

47.     By maintaining the dishwashers and dispensers properly, a RSM proves that he can help customers by servicing their machines and keeping their operations running smoothly. This proof builds a relationship of trust between customers and Ecolab, and it helps retain customers' business and serves as the foundation for future sales. Once a strong foundation is laid out with customers, each service visit can be a more beneficial opportunity towards jointly working for new solutions. An example of trust building is when Schneider suggested a lower-priced chemical for the machines at Rocky Rococos Pizza. At the immediate cost of losing money, Schneider foresaw the future benefit of a more satisfied customer.

48.     Ecolab's value-added sales model, which combines service and sales is well recognized, and it is consistent with sales techniques taught at Business Schools across the country.

### Service Recovery Paradox

49.     As an RSM, Schneider is expected to respond to his customer's "extra" or "emergency" requests for service on dispensers and leased dishwashers, referred to as "ESRs". Sometimes responding to an ESR only requires him to talk with his customer over the phone, while other times it requires a visit that includes repair service. Even if the key decision-maker may not be present, responding to an ESR is an essential part of building the customer relationship, and provides an additional opportunity for sales. Everything Schneider does with

18

his accounts during a response to an ESR, or a regular visit, goes towards his sales for that customer (Jensen Dep. 124).

50.    Studies show that when a salesperson solves a customer's problem, the customer's satisfaction is greater than if the problem had never occurred.[16] When a customer enters a contractual agreement with a company, prior expectations are set. In case a problem occurs, insecurity is created in the mind of the customer. This impacts the customer's trust towards the company. An effective service recovery to the problem (i.e. getting the problem solved with the help of the company's RSMs) is an opportunity to make these customers feel that the company is able, and willing to correct the problem – therefore alleviating the concerns, and creating a positive impact on the trust, and also on satisfaction. Therefore, customer satisfaction actually increases when the salesperson is able to solve the problem. This so-called "service recovery paradox" is an effective sales technique that gives RSMs, like Schneider, an opportunity to build trust, and in turn generate more sales. In his deposition, Schneider recounts an experience, when during a training ride-along with Kerry Guerin, Kerry managed to turn a service opportunity into an additional sale (Schneider Dep. 273). Schneider further states that if he can, he uses ESR opportunities for additional sales, while he helps his customer by fixing something that is broken (Schneider Dep. 274).

51.    ESRs are thus crucial to RSMs, like Schneider, because responding to ESRs builds customer trust and satisfaction, which then leads to future sales.

**Contract Pull-Through Strategy / Hunter Vs. Farmer**

52.    Value-added sales organizations such as Ecolab often use a team approach to selling. Ecolab uses other sales and marketing positions to provide a team effort or to "push"

---

[16] Augusto de Matos, Celso, Jorge Luiz Henrique, and Carlos Alberto Vargas Rossi (2007), "Service Recovery Paradox: A Meta-Analysis," *Journal of Service Research*, 10 (1), 60-77.

sales opportunities to the primary sales representative; the RSMs, like Schneider, whose role it is to "pull through" the actual sale. This go-to-market strategy is regularly termed as a "contract pull-through" approach to selling, and it has been widely accepted in the practitioner and academic literatures for some time now.[17]

53.     Under Ecolab's sales model, the RSMs are supported by other positions including their managers, other field sales positions, and sales, and marketing positions, who "push" sales and provide the RSM, as the customers' primary representative, with sales opportunities. Andrew Jensen mentions this in reference to his explanation about 'rolling an account' – wherein a territory manager sells a lease program to the customer, and the account gets rolled over to the RSM whose responsibility is then to grow the account (Jensen Dep. 146).

54.     In the sales literature, this can often be seen as a "Hunter Vs. Farmer" paradigm – a hunter being a salesperson responsible for bringing in new business, and a farmer being a salesperson responsible for maintaining and growing existing business.[18] In the case of Ecolab, either they establish contracts with "corporate accounts", multi-location customers that are owned or operated by a centralized management team with the help of its territory managers, or they create independent contracts following-up the opportunity reports. But in most cases, the pull-through is taken care of by the RSM (the farmer in this context).

**Conclusion**

55.     Overall, considering all of the case documents I studied in preparation of my Expert Report, and this Declaration, the individuals I spoke with, my education, the extensive experience I have gained throughout my career with sales organizations, and the relevant

---

[17] Anbil, Partha (February 1, 2014), "Managed Markets: Positioning Your Product for Success with Pull Through Strategies," [available at PharmExec.com]

[18] Honeycutt Jr, Earl D., Sharon K. Hodge, and James Killian (2009), "Turnover in the Sales Force: A Comparison of Hunters and Farmers and Farmers," Strategic Partner, 8.

20

research I have conducted in the sales profession, it is my opinion that as an RSM, Steven Schneider's job is measured by his sales, namely, those resulting from customer visits. Furthermore, the organizational practices of Ecolab follow highly effective sales techniques that are well recognized by sales academics, such as myself. I further state that in the consultative sales approach, Schneider's duties, including those consisting of providing services, are well within the definition of a sales job. This opinion is confirmed by Ecolab's recruitment and selection practices, its orientation and job training procedures, its compensation and job activity requirements for the RSM position, and the admitted selling activities of Steven Schneider. I would like to reiterate that although Schneider unquestionably also performs a service function, that service is a central and inseparable part of his sales job, in accordance with established practices of effective sales management organizations such as Ecolab.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

Signature: _____     Date: ___April 29, 2015_____

Firmwide:133204045.1 057118.1181

21

# EXHIBIT A

# C.V.
# MICHAEL J. AHEARNE

5603 Walnut Point Drive
Kingwood, TX 77345
281-361-7498 Home Phone
713-743-4155 Office Phone
713-743-4572 Fax

Marketing Department
Bauer College of Business
University of Houston
Houston, TX 77204
mahearne@uh.edu

## PERSONAL INFO

Date of Birth: 7/11/66        Marital Status: Married w/children        Citizenship: USA

## SHORT BIO

Michael Ahearne (Ph.D., Indiana University) is Professor of Marketing and C.T. Bauer Chair in Marketing at the University of Houston. He is also Executive Director of the Sales Excellence Institute and Marketing Doctoral Coordinator.

Mike's research has primarily focused on improving the performance of salespeople and sales organizations. He has published over 40 articles in leading journals such as *Journal of Marketing, Journal of Marketing Research, Management Science, Strategic Management Journal, Journal of Applied Psychology, and Organizational Behavior and Human Decision Processes*. He was recently recognized by the American Marketing Association as one of the ten most research productive scholars in the field of marketing. His research has been profiled in the Wall Street Journal, Business 2.0, Business Investors Daily, Fox News, INC Magazine, and many other news outlets.

Mike's textbook *Selling Today: Partnering to Create Customer Value* is the highest grossing professional selling textbook in the world, with copies distributed in over forty countries. Paired with the many teaching awards he has won at the MBA and undergraduate levels in Sales, Sales Management, and Key Account Management, Mike has a proven track record of excellence when it comes to disseminating knowledge in his field. He has also had a significant impact outside of the classroom based on the reach of the *Sales Excellence Institute*, which is the worldwide leader in sales education and research. Mike was recently honored as the inaugural winner of the *Neil Rackham Research Dissemination Award* for the impact of his research on business practice.

Before entering academia, Mike played professional baseball for the Montreal Expos and worked in marketing research and sales operations for Eli Lilly and Company and PCS Healthcare. He currently consults in the area of sales and sales management in numerous industries.

1

## EDUCATION

**Indiana University**                                                            Bloomington, IN
Ph.D. in Marketing (Chair: Scott B. MacKenzie)
Minor: Decision Sciences

Masters in Marketing/Decision Sciences

**Worcester Polytechnic Institute**                                              Worcester, MA
Masters in Operations Management

B.S. *with distinction* in Mathematics
Minor: Computer Science

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2010 – Present | **University of Houston** |
| | Professor, C.T. Bauer Chair in Marketing |
| | Executive Director, Sales Excellence Institute |
| 2009 – 2010 | **University of Houston** |
| | Professor |
| | Executive Director, Sales Excellence Institute |
| 2007 – 2009 | **University of Houston** |
| | Associate Professor |
| | Executive Director, Sales Excellence Institute |
| 2004 – 2007 | **University of Houston,** |
| | Associate Professor |
| | Research Director, Sales Excellence Institute |
| 2001 – 2004 | **University of Connecticut** |
| | Assistant Professor |
| | Director, Center for Sales Leadership |
| 1998 – 2001 | **Pennsylvania State University** |
| | Assistant Professor |

### Visiting Professorships

| | |
|---|---|
| 2010 – present | Bocconi University, Italy |
| 2000 – present | Vlerick Leuven Gent Management School, Belgium |
| 2010 | University of Bochum, Germany |
| 2009 | University of Vienna, Austria |
| 2002 | ESSEC Business School, France |
| 1997-1998 | Emory University, Atlanta, Georgia |

2

## ACADEMIC RESEARCH

### Refereed Journal Articles

34. Mullins, Ryan, Michael Ahearne, Son K. Lam, Zachary R. Hall, and Jeffrey P. Boichuk (2014), "To Err is Human: The Antecedents and Profit Impact of Salesperson Accuracy in Perceiving Customer Relationship Quality," **Journal of Marketing**, forthcoming.

33. Boichuk, Jeffrey P., Willy Bolander, Zachary R. Hall, Michael Ahearne, William J. Zahn, and Melissa Nieves (2014), "Learned Helplessness Among Newly Hired Salespeople and the Influence of Leadership," **Journal of Marketing**, 78 (1), 95-111.

32. Ahearne, Michael, Son K. Lam, and Florian Kraus (2014), "Performance Impact of Middle Managers' Adaptive Strategy Implementation: The Role of Social Capital," **Strategic Management Journal**, 35 (1), 68-87.

31. Ahearne, Michael, Til Haumann, Florian Kraus, and Jan Wieseke (2013), "It's a Matter of Congruence: How Interpersonal Identification between Sales Managers and Salespersons Shapes Sales Success," **Journal of the Academy of Marketing Science**, 41 (6), 625-648.

30. Ahearne, Michael, Son K. Lam, Babak Hayati, and Florian Kraus (2013), "Intrafunctional Competitive Intelligence and Sales Performance: A Social Network Perspective," **Journal of Marketing**, 77 (5), 37-56.

29. Lam, Son K., Michael Ahearne, Ryan Mullins, Babak Hayati, and Niels Schillewaert (2013), "Exploring the Dynamics of Antecedents to Customer-Brand Identification with a New Brand," **Journal of the Academy of Marketing Science**, 41 (2), 234-252.

28. Wieseke, Jan, Florian Kraus, Michael Ahearne, and Sven Mikolon (2012), "Multiple Identification Foci and Their Countervailing Effects on Salespeople's Negative Headquarters Stereotypes," **Journal of Marketing**, 76 (3), 1-20.

    * Winner of the *AMA Sales SIG Excellence in Research Award* for the best article published in sales and sales management in 2012

27. Kraus, Florian, Michael Ahearne, Son K. Lam, and Jan Wieseke (2012),"Toward A Contingency Framework of Interpersonal Information Sources in Organizational Identification Diffusion," **Organizational Behavior and Human Decision Processes**, 118 (2), 162-178.

26. Lam, Son K., Michael Ahearne, and Niels Schillewaert (2012), "A Multinational Examination of the Symbolic-Instrumental Framework of Consumer Brand Identification," **Journal of International Business Studies**, 43 (3), 306-331.

25. Steenburgh, Thomas and Michael Ahearne (2012), "Motivating Salespeople: What Really Works," **Harvard Business Review**, 90 (7/8), 71-75.

    * Winner of the *Wachovia Award* by the Darden School of Business for making a significant contribution to practicing managers through research excellence

24. Ahearne, Michael, Son K. Lam, John E. Mathieu, and Willy Bolander (2010), "Why Are Some Salespeople Better at Adapting to Organizational Change?," **Journal of Marketing**, 74 (3), 65-79.

3

23. Ahearne, Michael, Scott B. MacKenzie, Philip M. Podsakoff, John E. Mathieu, and Son K. Lam (2010), "The Role of Consensus in Sales Team Performance," **Journal of Marketing Research**, 47 (3), 458-469.

22. Ahearne, Michael, Adam Rapp, Douglas E. Hughes, and Rupinder Jindal (2010), "Managing Sales Force Product Perceptions and Control Systems in the Success of New Product Introductions," **Journal of Marketing Research**, 47 (4), 764-776.

21. Hughes, Douglas E. and Michael Ahearne (2010), "Energizing the Reseller's Sales Force: The Power of Brand Identification," **Journal of Marketing**, 74 (4), 81-96.

   * Winner of the *AMA Sales SIG Excellence in Research Award* for the best article published in sales and sales management in 2010
   * 2010 Cialdini Award Nominee

20. Lam, Son K., Michael Ahearne, Ye Hu, and Niels Schillewaert (2010), "Resistance to Brand Switching When a Radically New Brand is Introduced: A Social Identity Theory Perspective," **Journal of Marketing**, 74 (6), 128-146.

19. Lam, Son K., Florian Kraus, and Michael Ahearne (2010), "The Diffusion of Market Orientation Throughout the Organization: A Social Learning Theory Perspective," **Journal of Marketing**, 74 (5), 61-79.

18. Rapp, Adam, Michael Ahearne, John Mathieu, and Tammy Rapp (2010), "Managing Sales Teams in a Virtual Environment," **International Journal of Research in Marketing**, 27 (3), 213-224.

17. Lim, Noah, Michael Ahearne, and Sung H. Ham (2009), "Designing Sales Contests: Does the Prize Structure Matter?," **Journal of Marketing Research**, 46 (3), 356-371.

16. Wieseke, Jan, Michael Ahearne, Son K. Lam, and Rolf van Dick (2009), "The Role of Leaders in Internal Marketing," **Journal of Marketing**, 73 (2), 123-145.

   * 2009 Cialdini Award Nominee

15. Ahearne, Michael, Eli Jones, Adam Rapp, and John Mathieu (2008), "High Touch Through High Tech: The Impact of Salesperson Technology Usage on Sales Performance via Mediating Mechanisms," **Management Science**, 54 (4), 671-685.

14. Ahearne, Michael, Douglas E. Hughes, and Niels Schillewaert (2007), "Why Sales Reps Should Welcome Information Technology: Measuring the Impact of CRM-Based IT on Sales Effectiveness," **International Journal of Research in Marketing**, 24 (4), 336-449.

13. Ahearne, Michael, Ronald Jelinek, and Eli Jones (2007), "Examining the Effect of Salesperson Service Behavior in a Competitive Context," **Journal of the Academy of Marketing Science**, 35 (4), 603-616.

12. Mathieu, John, Michael Ahearne, and Scott R. Taylor (2007), "A Longitudinal Cross-Level Model of Leader and Salesperson Influences on Sales Force Technology Use and Performance," **Journal of Applied Psychology**, 92 (2), 528-537.

11. Jelinek, Ronald and Michael Ahearne (2006), "The ABC's of ACB: Unveiling a Clear and Present Danger in the Sales Force," **Industrial Marketing Management**, 35 (4), 457-467.

10. Jelinek, Ronald and Michael Ahearne (2006), "The Enemy Within: Examining Salesperson Deviance and its Determinants," **Journal of Personal Selling and Sales Management**, 26 (4), 327-344.

9. Rapp, Adam, Michael Ahearne, John Mathieu, and Niels Schillewaert (2006), "The Impact of Knowledge and Empowerment on Working Smart and Working Hard: The Moderating Role of Experience," **International Journal of Research in Marketing**, 23 (3), 279-293.

8. Ahearne, Michael, C. B. Bhattacharya, and Thomas Gruen (2005), "Antecedents and Consequences of Customer-Company Identification: Expanding the Role of Relationship Marketing," **Journal of Applied Psychology**, 90 (3), 574-585.

7. Ahearne, Michael, John Mathieu, and Adam Rapp (2005), "To Empower or Not to Empower Your Sales Force? An Empirical Examination of the Influence of Leadership Empowerment Behavior on Customer Satisfaction and Performance," **Journal of Applied Psychology**, 90 (5), 945-955.

6. DeSarbo, Wayne S., Alexandru M. Degeratu, Michael Ahearne, and M. Kim Saxton (2002), "Disaggregate Market Share Response Models," **International Journal of Research in Marketing**, 19 (3), 253-266.

5. Ahearne, Michael, Thomas Gruen, and M. Kim Saxton (2000), "When the Product is Complex, Does the Advertisement's Conclusion Matter?," **Journal of Business Research**, 48 (1), 55-62.

4. Ahearne, Michael, Thomas W. Gruen, and Cheryl Burke Jarvis (1999), "If Looks Could Sell: Moderation and Mediation of the Attractiveness Effect on Salesperson Performance," **International Journal of Research in Marketing**, 16 (4), 269-284.

3. MacKenzie, Scott B., Philip M. Podsakoff, and Michael Ahearne (1998), "Some Possible Antecedents and Consequences of In-Role and Extra-Role Salesperson Performance," **Journal of Marketing**, 62 (3), 87-98.

2. Podsakoff, Philip M., Michael Ahearne, and Scott B. MacKenzie (1997), "Organizational Citizenship Behavior and the Quantity and Quality of Work Group Performance," **Journal of Applied Psychology**, 82 (2), 262-270.

1. Podsakoff, Philip M., Scott B. MacKenzie, Michael Ahearne, and William H. Bommer (1995), "Searching for a Needle in a Haystack: Trying to Identify the Illusive Moderators of Leadership Behaviors," **Journal of Management**, 21 (3), 423-470.

### Invited Journal Articles Appearing In Special Issues

S7. Ahearne, Michael, Adam Rapp, Babu John Mariadoss, and Shankar Ganesan (2012), "Challenges of CRM Implementation in Business-to-Business Markets: A Contingency Perspective," **Journal of Personal Selling and Sales Management**, 32 (1), 117-130.

* 30th Anniversary special issue on creating the future for sales and sales management research

S6. Ahearne, Michael and Adam Rapp (2010), "The Role of Technology at the Interface between Salespeople and Consumers," **Journal of Personal Selling and Sales Management**, 30 (2), 111-120.

* Special issue on technology in business-to-consumer selling

S5. Ahearne, Michael and Prabakar Kothandaraman (2009), "Impact of Outsourcing on Business-to-Business Marketing: An Agenda for Inquiry," **Industrial Marketing Management**, 38 (4), 376-378.

* Special issue on the impact of outsourcing on B2B marketing

S4. Ahearne, Michael, Ronald Jelinek, and Adam Rapp (2005), "Moving Beyond the Direct Effect of SFA Adoption on Salesperson Performance: Training and Support as Key Moderating Factors," **Industrial Marketing Management**, 34 (4), 379-388.

* Special issue on selling and sales technology

S3. Schillewaert, Niels, Michael Ahearne, Ruud T. Frambach, and Rudy K. Moenaert (2005), "The Adoption of Information Technology in the Sales Force," **Industrial Marketing Management**, 34 (4), 323-336.

* Special issue on selling and sales technology

S2. Tanner, John F. Jr., Michael Ahearne, Thomas W. Leigh, Charlotte H. Mason, and William C. Moncrief (2005), "CRM in Sales-Intensive Organizations: A Review and Future Directions," **Journal of Personal Selling and Sales Management**, 25 (2), 169-180.

* Special issue on advancing the field of selling and sales management

S1. Ahearne, Michael, Narasimhan Srinivasan, and Luke Weinstein (2004), "Effect of Technology on Sales Performance: Progressing from Technology Acceptance to Technology Usage and Consequence," **Journal of Personal Selling and Sales Management**, 24 (4), 297-310.

* Special issue on customer relationship management

## BOOKS AND BOOK CHAPTERS

B4. Manning, Jerry, Michael Ahearne, and Barry Reece (2012), *Selling Today: Partnering to Create Customer Value, 12th Edition.* New Jersey, NY: Prentice Hall. (* Top-selling sales textbook worldwide.)

B3. Manning, Jerry, Barry Reece, Michael Ahearne, and Herb MacKenzie (2009), *Selling Today: Creating Customer Value, 5th Canadian Edition.* Toronto, ON: Pearson Education Canada.

B2. Ahearne, Michael and Son K. Lam (2012), "Sales Force Performance: A Typology and Future Research Priorities," in *Handbook of Business-to-Business Marketing*, Gary Lilien and Raj Grewal, eds. Northampton, MA: Edward Elgar, 496-520.

B1. Ahearne, Michael (2011), "Sales: Defining Today and Tomorrow," in *World Book Encyclopedia.* Chicago, IL.

## CASE WRITING

C1. Steenburgh, Thomas, Michael Ahearne, and Elena Corsi (2012), "Siemens AG: Key Account Management."

6

## PRESENTATIONS

### Invited Talks at University Research Seminars

- Bocconi School of Management, Italy
- Emory University
- ESSEC Business School, France
- Florida State University
- George Mason University
- Harvard Business School
- HEC Business School, France
- IMD, Switzerland
- London Business School
- Northwestern University
- Pennsylvania State University
- Rice University
- Southern Methodist University
- Stanford University
- Texas A&M
- Tulane University
- University of Alabama
- University of Alabama – Birmingham
- University of Arizona
- University of Bochum, Germany
- University of Colorado
- University of Connecticut
- University of Georgia
- University of Houston
- University of Munster, Germany
- University of North Carolina - Chapel Hill
- University of Pittsburgh
- University of Santiago de Compostela, Spain
- University of Vienna, Austria
- University of Virginia
- University of Western Ontario
- Vlerick Business School, Belgium

### Conference Presentations (Most Recent Five Years)

"Sales Contests: How 'Sour Grape' Prize Structures Enhance Salesperson Effort and Performance," with Jeffrey P. Boichuk, James Hess, and Niladri Syam, *35th ISMS Marketing Science Conference*, Istanbul, Turkey, July 2013.

"Antecedents and Consequences of Salesperson Perceptual (In)accuracy in Customer Relationships," with Ryan Mullins, Son K. Lam, Zachary Hall, and Jeffrey P. Boichuk, *AMA Winter Educators' Conference*, Las Vegas, NV, February 2013.

"Challenging the Bounds of Marketing Thought on Identification: A Relational Perspective," with Till Haumann, Florian Kraus, and Jan Wieseke, *AMA Winter Educators' Conference*, Las Vegas, NV, February 2013.

"Earnings Management Practices in the Sales Force," with Jeffrey P. Boichuk, Craig Chapman, and Thomas Steenburgh, *AMA Winter Educators' Conference*, Las Vegas, NV, February 2013.

"Methodological Issues and Challenges in Sales Research: Research Design, Data Collection, and Data Analysis," with Nick Lee, *AMA Winter Educators' Conference*, Las Vegas, NV, February 2013.

"Expert Peers in Team Product: A Social Network Perspective," with Niladri Syam, Jeffrey P. Boichuk, and Zach Hall, *Marketing Science Conference*, Boston, MA, June 2012.

"Customer Loyalty Ownership and Cross-Selling Behavior of the Sales Force," with Yashar Atefi, Niladri Syam, and James Hess, *Marketing Science Conference*, Boston, MA, June 2012.

"Man on the Bench: The Power of the Stick in the Sales Force," with Thomas Steenburgh, Jeffrey P. Boichuk, Florian Kraus, and Carmen Liutec, *Theory and Practice in Marketing Conference*, Boston, MA, May 2012.

7

"Decomposing Customer Need Knowledge: The Role of Salesperson Intuition," with Zach Hall and Willy Bolander, *AMA Winter Educators' Conference*, St. Petersburg, FL, February 2012.

"When Sales Managers and Salespeople Disagree in their Appreciation for the Firm: The Phenomenon of Organizational Identification Tension," with Florian Kraus, Till Haumann, Jan Wieseke, and Son K. Lam, *AMA Winter Educators' Conference*, St. Petersburg, FL, February 2012.

"The Marketing-Sales Interface During a New Product Launch: How Can Marketing Influence the Sales Force?" with Willy Bolander, Florian Kraus, and Carmen Liutec, *AMA Summer Educators' Conference*, San Francisco, CA, August 2011.

"Challenges of CRM Implementation in Business-to-Business Markets: A Contingency Perspective," with Adam Rapp, Shanker Ganesan, and B.J. Mariadoss, *AMS 40th Anniversary Conference*, Coral Gables, FL, May 2011.

"Promoting Organizational Identification and Improving Sales Performance During a Layoff," with Florian Kraus, Douglas Hughes, and Ryan Mullins, *AMS 40th Anniversary Conference*, Coral Gables, FL, May 2011.

"Salespeople's Negative Out-Group Stereotypes in Sales Organizations," with Jan Wieseke, Florian Kraus, and Sven Mikolon, *AMS 40th Anniversary Conference*, Coral Gables, FL, May 2011.

"Influencing Key Account Strategy Implementation: Considering the Simultaneous Impact of Push and Pull-Through Over Time," with Willy Bolander and Florian Kraus, *AMA Winter Educators' Conference*, Austin, TX, February 2011.

"Negative Compensation in Practice," with Thomas Steenburgh, *MSI Practice Prize Conference*, Boston, MA, December 2011.

"Organizational Identification Diffusion Among Frontline Employees: Relative Strength of Interpersonal Influencers," with Florian Kraus, Son K. Lam, and Jan Wieseke, *International Conference of the Corporate Identity/Associations Research Group*, Leibniz University of Hannover, Germany, October 2010.

"Sales Force Performance: A Typology and Future Research Priorities," with Son K. Lam, *ISBM B2B Marketing Handbook Mini-Conference*, Harvard University, Boston, MA, August 2010.

"Are Group Incentives Effective? Evidence from the Lab and the Field," with Noah Lim, *Triennial Invitational Choice Symposium*, Key Largo, FL, May 2010.

"Organizational Identification Diffusion Among Frontline Employees: Relative Strength of Interpersonal Influencers," with Florian Kraus, Son K. Lam, and Jan Wieseke, *AMA Winter Educators' Conference*, New Orleans, LA, February 2010.

"Salesperson Goal Orientation and Adaptation to Workplace Interventions," with Son K. Lam, John E. Mathieu, and Willy Bollander, *AMA Winter Educators' Conference*, Tampa Bay, FL, February 2009.

"Virtual Team Leadership in Organizations," with Adam Rapp and John Mathieu, *Academic Symposium for the Academy of Management Meeting*, Philadelphia, PA, August 2007.

8

"Does the Proportion of Winners in Contests Matter?," with Noah Lim, Marketing Science Conference, Vancouver, BC, June 2008.

"The Role of Culture in Consumer-Brand Identification: A Multinational Examination," with Son K. Lam and Niels Schillewaert, *AMA Winter Educators' Conference*, Austin, TX, February 2008.

"Designing Sales Contests: Does Prize Structure Matter?" with Noah Lim, *Marketing Science Conference*, Singapore, June 2007.

"Sales Force Adoption of Technology and Performance: A Career Stages Perspective," with Adam Rapp and Lukas Forbes, *AMS Summer Conference*, May 2007.

"Organizational Identification: Bridging the Leader, Follower, and Customer," with Adam Rapp, *Society for Industrial and Organizational Psychology Conference*, New York, NY, April 2007.

"Building Organizational Identification of Customer-Contact Employees: A Multi-Level Examination," with Jan Wieseke, Son K. Lam, and Rolf van Dick, *Society for Industrial and Organizational Psychology Conference*, New York, NY, April 2007.

**Invited Presentations to Academic and Practitioner Audiences (Most Recent Five Years)**

*Sales Management Association Annual Conference* (October 2013), "Forces of Disruption: Drivers of Radical Change in B2B Sales," with Neil Rackham and Andy Zoltners, Atlanta, GA.[*]

*25th Anniversary Society for Marketing Advances Doctoral Consortium* (October 2013), "Building a Successful Career in Research and Publishing," Hilton Head, SC.[*]

*ThinkSales Sales Leadership Conference* (September 2013), "What Really Motivates Sales Professionals? Hard Data Tell the Story," Johannesburg, South Africa.[*]

*ISMS Doctoral Consortium* (July 2013), "Marketing Channels and Sales Force Management," Ozyegin University, Istanbul, Turkey.

*Money Management Institute Sales and Marketing Leadership Summit* (February 2013), "What Really Motivates Sales Professionals? Hard Data Tell the Story," Miami, FL.[*]

*AgFirst President's Council* (November 2012), "Motivating Salespeople: What Really Works?," Baltimore, MA.[*]

*Sales Management Association Annual Conference* (August 2012), "Motivating Salespeople: What Really Works?," Atlanta, GA.[*]

*Regional Sales Management Association Conference* (June 2012), "Sales Manager Effectiveness," Houston, TX.

*Strategic Account Management Association 48th Annual Conference* (May 2012), "Meeting Wall Street Expectations: Balancing Short-Term Pressures and Long-Term Strategic Relationships," San Diego, CA.[*]

*Sales Management Association Annual Conference* (October 2011), "Building an Effective Sales Leadership Team," Atlanta, GA.

---

[*] Indicates a keynote address

9

*ISBM Ph.D. Student Camp* (August 2012), "Finding Great Research Problems," Chicago, IL.

*ISBM Ph.D. Student Camp* (August 2011), "Acquiring Data for Research," Chicago, IL.

*American Marketing Association Sheth Doctoral Consortium* (June 2011), "Acquiring Data for Research," Stillwater, Oklahoma.

*AMS 40th Anniversary Conference* (May 2011), "Celebrating our History – Ensuring a Viable Future for Sales Research," Coral Gables, FL.

*AMS 40th Anniversary Conference* (May 2011), "Today's Pain, Tomorrow's Opportunity? Integrating Sales and CRM," Coral Gables, FL.

*AMS 40th Anniversary Conference* (May 2011), "Sales Research: Where is the Cutting Edge?," Coral Gables, FL.

*Southwest Pennsylvania Sheth Foundation Seminar* (February 2011), "Salesperson Adaption to Change," University of Pittsburgh, Pittsburgh, PA.[#]

*International Conference of the Corporate Identity/Associations Research Group* (May 2009), "Employee and Customer Identification," Stony Brook University, Southampton, NY.[#]

*American Marketing Association Sheth Doctoral Consortium* (June 2009), "The Future of Sales Research," Georgia State University, Atlanta, GA.

*George Mason Marketing Doctoral Consortium* (2009), "Building Brand Loyalty in Sales Organizations," Washington, DC.[#]


## AWARDS AND RESEARCH GRANTS

### Research Awards

- *Neil Rackham Research Dissemination Award*, Sales Education Foundation, 2012
- *Excellence in Research Award* for "Energizing the Reseller's Sales Force: The Power of Brand Identification," AMA Sales SIG, 2011
- *Roy and Lucille Melcher Faculty Excellence Award* for Excellence in Research, 2010
- *Outstanding Paper Award* for "Salesperson Service Behaviors: The Effect on Relationship Quality and Share of Customer," National Conference in Sales Management, 2004
- *Best Paper Award* for "Salespeople, Sales Organizations and Sales Force Automation: A Working Example," Winter AMA Sales Track, 2003
- *William R. Darden Research Methodology Award* for "Measuring and Modeling Uncertainty," Academy of Marketing Science, 2001
- *Doctoral Consortium Fellow*, AMA Sheth Foundation, 1997

### Teaching Awards

- *MBA Teacher of the Year* (2005), University of Connecticut
- *Teaching Innovation Award Finalist* (2004), University of Connecticut
- *University-Wide Undergraduate Teaching Award Finalist* (2002, 2003), University of Connecticut
- *Outstanding Undergraduate Teacher Award* (1997), Kelley School of Business, Indiana University
- *Outstanding Associate Instructor Award* (1997), Indiana University Doctoral Student Association
- *Teaching Excellence Award* (1996), Kelley School of Business, Indiana University

10

- *Schuyler F. Otteson Teaching Award Finalist* (1995, 1996), Kelley School of Business, Indiana University

## Research Grants

- Direct Selling Education Foundation Academic Leadership Grant ($10,000)
- Institute for the Study of Business Markets Grant ($4,000) for "Sales Contests" with Noah Lim
- Institute for the Study of Business Markets Grant ($5,500) for "Competitive Intelligence in the Sales Force" with Joel Le Bon
- Center for International Business Education and Research (CIBER) Grant ($5,100) for "An International Study of Salesperson Customer-Oriented Behaviors," with Raj Venkatesan
- Johnson & Johnson Technology Grant ($45,000) for "Measuring the Impact of Information Technology in the Sales Force"
- Institute for the Study of Business Markets (ISBM) Grant ($6,200) for "Sales Force use of Competitive Information," with Joel Le Bon
- Institute for the Study of Business Markets (ISBM) Grant ($9,600) for "Adapting SERVQUAL to a Business- to-Business Sales Setting"
- Pennsylvania State University New Faculty Grant ($6,000) for "IT Adoption in the Sales Force"
- Institute for the Study of Business Markets (ISBM) Grant ($15,000) for "IT Adoption in the Sales Force," with Niels Schillewaert
- Pennsylvania State University Junior Faculty Grant ($5,600) for "Marketing of Religions," with John Liechty
- Pennsylvania State University Junior Faculty Grant ($5,850) for "Handling Marketing Mistakes," with Keith Niedermeier

## PROFESSIONAL ACTIVITIES

### Editorship

Associate Editor, Journal of Marketing, 2014 – present.
Editor, Journal of Personal Selling and Sales Management, 2010 – 2013.
Associate Editor, Journal of Personal Selling and Sales Management, 2008 – 2010.
Senior Associate Editor, British Journal of Management, 2006 – 2008.

### Editorial Board Membership

Journal of Retailing, 2010 – present.
Journal of Marketing, 2009 - present.
Journal of the Academy of Marketing Science, 2008 – present.
International Journal of Research in Marketing, 2008 – present.
Industrial Marketing Management, 2001 – 2010.
Journal of Personal Selling and Sales Management, 2004 – 2007.

### Ad-hoc Reviewer

Management Science, Marketing Science, Journal of Marketing Research, Journal of Consumer Research, Journal of Applied Psychology, Academy of Management Journal, Marketing Letters, Journal of Business Research.

11

## Conference Organizing Experience

*Thought Leadership on the Sales Profession Conference* (2013), Columbia Business School
*Siemens Academic Leadership Forum* (2013), Munich, Germany
*Sales Productivity Conference* (2013), University of Munster, Germany
*Thought Leadership on the Sales Profession Conference* (2012), Harvard University
*Siemens Key Account Management Conference* (2011), Munich, Germany
*MSI Conference on Sales Leadership* (2009), University of Houston

## Conference Track Chair Experience

*AMA Winter Educators' Conference* (2015), Sales and Customer Relationship Management Track
*AMA Winter Educators' Conference* (2013), Personal Selling and Sales Management Track
*AMA Summer Educators' Conference* (2012), Personal Selling and Sales Management Track
*Academy of Marketing Science Conference* (2011), Sales and Sales Management Track
*Academy of Marketing Science Conference* (2010), B2B Marketing Track
*AMA Summer Educators' Conference* (2008), Personal Selling and Sales Management Track
*AMA Winter Educators' Conference* (2005), Personal Selling and Sales Management Track
*AMA Summer Educators' Conference* (1999), Personal Selling and Sales Management Track

## TEACHING

### Primary Teaching Interests

- Professional Selling and Sales Management
- Key Account Management
- Marketing Channels
- Business-to-Business Marketing

### Executive Education Teaching

Developed and delivered programs in sales management and sales effectiveness for over twenty major corporations such as:

- BASF
- Ecolab
- Fraser Papers LTD
- Hilti
- Johnson & Johnson
- Siemens
- State Farm
- US Oncology
- Valspar

12

**Doctoral Advising Record**

| PhD Student | Role | School | Dissertation Awards |
|---|---|---|---|
| Jeffrey Boichuk | Chair | UH | ISBM Dissertation Competition Award Winner, Mathew Joseph Emerging Scholar Award Winner |
| Zach Hall | Chair | UH | AMA Sales SIG Dissertation Award Winner |
| Ryan Mullins | Chair | UH | AMA Sales SIG Dissertation Award Winner |
| Babak Hayati | Chair | UH | ISBM Dissertation Competition Award Winner, AMA Sales SIG Dissertation Award Winner |
| Hua Chen | Chair | UH | |
| Willy Bolander | Chair | UH | DSEF Dissertation Award Winner, AMS Dissertation Award Runner-up |
| Son Lam | Chair | UH | MSI Young Scholar, AMA Relationship SIG Dissertation Award Winner, SCP Dissertation Runner-up, Emory Marketing Institute Dissertation Award Winner, ACR Sheth Dissertation Award Runner-up, AMA Howard Award Runner-up |
| Douglas Hughes | Chair | UH | ISBM Dissertation Competition Finalist, as well as AMA Sales SIG, DSEF, & Jesse H. Jones Doctoral Dissertation Awards |
| Babu Mariadoss | Co-Chair | UH | ISBM Dissertation Competition Finalist, AMS Mary Kay Best Dissertation in Marketing, AMA Sales SIG Doctoral Dissertation Award Winner |
| Keith Richards | Member | UH | ISBM Dissertation Competition Finalist & DSEF Dissertation Award Winner |
| Luke Weinstein | Co-Chair | UCONN | AMA Tech SIG & DSEF Dissertation Award Winner |
| Adam Rapp | Chair | UCONN | AMA Sales SIG & DSEF Dissertation Award Winner |
| Ron Jelinek | Chair | UCONN | DSEF Dissertation Award Winner |
| Kevin Lertwachara | Member | UCONN | |
| Piotr Cleminski | Member | UCONN | |
| Niels Schillaewart | Co-Chair | PSU | ISBM Dissertation Competition Overall Winner |
| Prabakar Kothandaraman | Member | PSU | ISBM Dissertation Competition Award Winner |

13